IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| AVELINO CRUZ MARTINEZ | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:13-00638 |
| | ) | JUDGE TRAUGER/KNOWLES |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

The undersigned's Order entered in this action on June 28, 2013 (Docket No. 5) is hereby amended as follows. The first full paragraph on page 3 of the Order is replaced with the following:

> In view of the foregoing, the undersigned determined that the Detention Hearing should be rescheduled and that the detention issue should not be separated from the extradition issue. The undersigned considered setting the Hearing for the week of July 1, 2013, but counsel for the Government stated that she started a 2 week to 2-1/2 week trial beginning Tuesday, July 2. Docket No. 23 (Hearing Transcript), Case No. 3:13-2042, p. 9. The Court then attempted to find a date about two weeks from June 26, 2013. *Id.*, p. 11. Counsel for Petitioner stated that he would be out of town in two weeks, and would not be back until July 22. *Id.* The Court inquired of Petitioner's counsel as to when he would like to set the Hearing, and he stated July 23. *Id.*, p. 12. Thus, the undersigned set the Detention/Extradition Hearing for July 23 at 1:00 p.m.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge